FILED

09/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0485

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0485

DAREN ENGELLANT, individually and acting as
Personal Representative of the ESTATE OF
GREGORY ENGELLANT,

       Plaintiff, Appellant and Cross-Appellee,

    v.

CROWLEY FLECK, PLLP, a Montana Professional
Limited Liability Partnership, and
DANIEL N.
MCLEAN, an individual,

       Defendants, Appellees and Cross-Appellants,

CROWLEY FLECK, PLLP and DANIEL N. MCLEAN,

       Third-Party Plaintiffs,

    v.

KENNETH ENGELLANT,

       Third-Party Defendant and Appellant,

SHANA DIEKHANS,

       Third - Party Defendant.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

    William L. Gianoulias, the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Mr. Gianoulias's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Patricia Hope Klanke,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 16th day of September, 2024.

Bowen Greenwood, Clerk of the Supreme Court